UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )
                                    )   No. CR-06-2051-EFS
                Plaintiff,          )
                                    )   ORDER GRANTING AGREED
v.                                  )   MOTION TO MODIFY
                                    )   CONDITIONS OF RELEASE
HUNG CHI VO,                        )
                                    )
                Defendant.          )
_____)

At the May 3, 2006, hearing by video conference, on the United States' agreed Motion to Modify Conditions of Release, Defendant appeared with attorney Ulvar W. Klein appearing on behalf of retained counsel Jeffrey Steinborn; Assistant U.S. Attorney James P. Hagarty represented the United States.  Interpreter Le Thu Phan also participated through the Telephone Interpreting Program.  The parties agreed to proceed by video conference.

The Motion **(Ct. Rec. 29)** is **GRANTED.**  The Order Setting Conditions of Release filed March 31, 2006, is **MODIFIED** as follows:

1.   Defendant shall post a $50,000 corporate surety bond, in lieu of the $100,000 corporate surety bond previously ordered.

2.   Defendant shall reside with his sister in Auburn, Washington.  Defendant shall not change residences without written permission from his supervising Pretrial Services Officer.

All other conditions in Judge Leavitt's Order filed March 31, 2006, remain and shall constitute the additional conditions of

ORDER GRANTING AGREED MOTION TO MODIFY CONDITIONS OF RELEASE - 1

1  Defendant's release.

2      **IT IS SO ORDERED.**

3      DATED May 4, 2006.

4

5              S/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING AGREED MOTION TO MODIFY CONDITIONS OF RELEASE - 2